No. 9317. STATE OF MONTANA, ex rel. OLIN DURHAM, PETITIONER AND RELATOR, *v.* A. N. HAAS, Chief of Police of the City of Bozeman in the County of Gallatin, State of Montana, RESPONDENT.

258 Pac. (2d) 111.

Decided June 27, 1953.

*D. A. Nash,* Bozeman, for Petitioner and Relator.

Per Curiam.

Let a writ of habeas corpus issue as prayed for in the within petition, returnable before the district court of the eighteenth judicial district of the state of Montana, in and for the county of Gallatin, and the Honorable W. W. Lessley, presiding judge of said court, at its courtroom in Bozeman, Montana, at 10:00 o'clock a. m., on Monday, June 29, 1953.